CHAPTER 13 PLAN COVER PAGE*
Debtor: Jimmy John Pomacino & Tina Townsend Pomacino
Case Number: 15-31386
Counsel to Debtor(s): E. Orum Young

| | | | | |
|---|---|---|---|---|
| I(A) | Monthly Plan Payment $640.00 | Estimated Term 60 months | Direct Pay or Payroll Deduction Payroll Deduction | Above/Below Median (B22 C line 23) _Below_ Marital Status: Married # of persons in Household: 2 |
| I(B) | Additional Sums Debtor Shall Remit to Chapter 13 Trustee: NONE (50% pledge of any personal injury proceeds applies.) | | | |
| II(A) (1)-(3) | Real Estate to Be Paid Directly by Debtor: Nationstar Mortgage @ $640/mo<br><br>Is this the Debtor's primary residence?: YES | Creditors Satisfied by Surrender:<br><br>NONE | Other Direct Payment(s) (Except in unusual circumstances, only the current monthly mortgage payment may be paid directly):<br><br>NONE | |
| | Total Secured Claims – Real Estate: $70,000.00 (II(B)(6)(a)) | | | |
| II(B)(5) | Counsel Compensation: | "NO LOOK FEE"[1] $2,800.00 In accordance with the March 5, 2010 Order. the "No Look" fee is presumed to include advances for filing fees or other expenses made by debtor's counsel pre-confirmation. | | |
| | Proposed Distribution to Unsecured Class: | $3529.00/ 67% | Total of Unsecured Obligations on Schedule F: $5250.00 | |
| II(B)(4) | Executory Contracts: (Rent-to-Own Contracts on furnishings, storage buildings, etc. are not favored.) NONE | Secured Movables §506 Applicable NONE | | |
| II(B)(6)(b) Secured Movables | Secured Movables §506 Inapplicable $2250/$7500-Value/Claim 4% Int $2486.00 | | | |
| II(B)(7) | Domestic Support Obligation: | NONE | | |
| II(B)(8) | Unsecured Priority Tax Claim(s): | IRS $32,821.00 | LRD $13,282.00 | TOTAL $46,103.00 |
| II(B)(9) | Student Loan Obligations: | NONE | | |

---

*Recommended use of the Cover Page is for the convenience of the Court and other parties at interest. In the event of a conflict between a Confirmed Plan and the Cover Sheet, the Plan shall control. Unless otherwise directed the Cover Sheet shall accompany only the Original Plan.